## MOTION DOCKET

### 96–2029. State v. White.

Ashland C.P. No. 96CRI07366. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state postconviction remedies, and it appearing from the exhibits to the motion that a petition for postconviction relief was filed by appellant with the Ashland County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for postconviction relief *before courts of this state,* including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for postconviction relief before courts of this state have been exhausted.

### 96–2455. State v. Keene.

Montgomery App. No. 14375. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state postconviction remedies, and it appearing from the exhibits to the motion that a petition for postconviction relief was filed by appellant with the Montgomery County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for postconviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED the counsel for the appellant and for the appellee shall notify this court when all proceedings for postconviction relief before courts of this state have been exhausted.

## DISCIPLINARY DOCKET

### 97–2344. In re Resignation of O'Neill.

On December 17, 1997, this court accepted the resignation of respondent, Michael James O'Neill. On March 6, 1998, movant, Disciplinary Counsel, filed a motion for order to appear and show cause, requesting the court to issue an order directing Michael James O'Neill to appear and show cause why he should not be found in contempt for his failure to comply with this court's December 17, 1997 order. On April 21, 1998, the court granted the motion to the extent that respondent was ordered to show cause by filing a written response why he should not be found in contempt. Respondent did not respond to the order. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that respondent appear in person before this court on July 8, 1998, at 10:00 a.m.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

DOUGLAS, J., would find respondent in contempt.